FILED
2008 JUL 18 PM 1:52
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Robert Clark Baskins
Plaintiff,

vs.

Oakland Police Cheif
San Pablo Hotel Apt
U.S Bank 318A SOSA
Defendant.

CASE NO. C08-03472 WHA ADR

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Robert C Baskin, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _1990 - get SSA & SSI_

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____                    - 1 -

1  wages per month which you received.

2  _____

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the following

6  sources:

7      a.    Business, Profession or     Yes ___ No ✓

8         self employment

9      b.    Income from stocks, bonds,     Yes ___ No ✓

10        or royalties?

11     c.    Rent payments?     Yes ___ No ✓

12     d.    Pensions, annuities, or     Yes ___ No ✓

13        life insurance payments?

14     (e.)   Federal or State welfare payments,     Yes ✓ No ___

15        Social Security or other govern-

16        ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 **Social Security** _____

20 _____

21 3.    Are you married?     Yes ~~✓~~ No ✓

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____ Net $_____

26 4.    a.    List amount you contribute to your spouse's support:$ **N/A**

27     b.    List the persons other than your spouse who are dependent upon you for support and

28        indicate how much you contribute toward their support. (NOTE: For minor children,

APP. TO PROC. IN FORMA

PAUPERIS, Case No._____      - 2 -

1    list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

2    _____

3    _____

4    5.    Do you own or are you buying a home?    Yes ___ No ✓

5    Estimated Market Value: $_____ Amount of Mortgage: $_____

6    6.    Do you own an automobile?    Yes ___ No ✓

7    Make _____ Year _____ Model _____

8    Is it financed? Yes ___ No ___. If so, Total due: $ _____

9    Monthly Payment: $ _____

10   7.    Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)

11   Name(s) and address(es) of bank: _____

12   _____

13   Present balance(s): $ _____

14   Do you own any cash? Yes ___ No ✓ Amount: $ _____

15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated market

16   value.)  Yes ___ No ✓

17   _____

18   8.    What are your monthly expenses?

19   Rent: $ 404.00    Utilities: _____

20   Food: $ 100.00 Cell 50.00 Clothing: 175.00

21   Charge Accounts:

22   Name of Account        Monthly Payment        Total Owed on This Account

23   _____    $ _____    $ _____

24   _____    $ _____    $ _____

25   _____    $ _____    $ _____

26   9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they

27   are payable. Do not include account numbers.)

28   _____ None _____

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 3 -

1
2   10.   Does the complaint which you are seeking to file raise claims that have been presented in other
3   lawsuits?   Yes ✓   No ___
4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
5   they were filed.
6   _____
7   _____
8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a false
9   statement herein may result in the dismissal of my claims.
10
11   7/18/08                               Robert C. Barker
                                            Deacon
12   DATE                                  SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
APP. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 4 -