IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. BARKINS, SR., | No. C 08-03472 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING ACTION WITH LEAVE TO AMEND** |
| CATHERINE A. MERSCHEL, OAKLAND POLICE CHIEF, MANAGER (OF US BANK NA LOCATED AT 324 20TH ST.), and OAKLAND POLICE OFFICERS, | |
| Defendants. / | |

Before the Court is plaintiff 's application to proceed *in forma pauperis*. Since there is no legal or factual basis for plaintiff's complaint, the Court dismisses it *sua sponte*.

Under 28 U.S.C. 1915(a), "[a]ny court of the United States may authorize the commencement . . . of any suit . . . without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." In reviewing an application to proceed *in forma pauperis*, the court may dismiss a case *sua sponte* if the court determines that the party applying for *in forma pauperis* status has filed a frivolous or malicious action, failed to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. 1915(e)(2).

Here, the one-page complaint alleges, in its entirety: "I give to San Pablo Hotel a check that didn't clear. Manger [sic] call the police [sic] I was put in Jail 3 Days. Wendays [sic] to S [sic] U.S. Bank have my SoSA depist [sic] but didn't pay the check. San Pablo Hotel manager

tell me about deposit in acct" (Compl.). On the civil cover sheet, plaintiff checked the following boxes to describe the nature of the suit: (i) assault, libel, and slander (under personal injury); (ii) "other fraud" (under personal property); (iii) rent, lease, and ejectment (under real property); (iv) housing/accomodations (under civil rights); (v) SSID Title XVI (under Social Security); (vi) banks and banking (under other statutes); and (vii) appeal of fee determination under Equal Access to Justice (also under other statutes).

The complaint is incomprehensible. No legal theory or factual basis can be ferreted out, and it is unclear what plaintiff is seeking. This order therefore finds that plaintiff has failed to state a claim upon which relief may be granted. Accordingly, the *in forma pauperis* application is denied and plaintiff's complaint is **DENIED WITH LEAVE TO AMEND**. Plaintiff has **TWENTY DAYS** from the filing of this order to file an amended complaint.

**IT IS SO ORDERED.**

Dated: July 23, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT C. BARKINS, SR.,

        Plaintiff,

  v.

CATHERINE A. MERSCHEL, et al,

        Defendant.

_____/

Case Number: CV08-03472 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert C. Barkins
955 San Pablo Ave., Apt. 504B
Oakland, CA 94612

Dated: July 25, 2008

                                Richard W. Wieking, Clerk
                                By: Dawn Toland, Deputy Clerk