UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Deacon,
Robert C. Barkurih

          Plaintiff,

vs.

The San Pablo Associates
L.P
Mauser

          Defendant.

CASE NO. _____

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Robert C. Barkin declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.      Are you presently employed?   Yes ___   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and

APP. TO PROC. IN FORMA
PAUPERIS, Case No. _____          - 1 -

1 | wages per month which you received.

2 | _____

3 | _____

4 | _____

5 | 2.  Have you received, within the past twelve (12) months, any money from any of the following

6 | sources:

7 |    a.   Business, Profession or                    Yes ___  No ✓

8 |         self employment

9 |    b.   Income from stocks, bonds,                 Yes ___  No ✓

10 |        or royalties?

11 |   c.   Rent payments?                             Yes ___  No ✓

12 |   d.   Pensions, annuities, or                    Yes ___  No ✓

13 |        life insurance payments?

14 |   e.   Federal or State welfare payments,         Yes ✓   No ___

15 |        Social Security or other govern-

16 |        ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount

18 | received from each.

19 | ___SSI & SSA_____

20 | _____

21 | 3.  Are you married?                              Yes ___  No ✓

22 | Spouse's Full Name: _____

23 | Spouse's Place of Employment: _____

24 | Spouse's Monthly Salary, Wages or Income:

25 | Gross $_____  Net $_____

26 | 4.  a.   List amount you contribute to your spouse's support:$ _____

27 |     b.   List the persons other than your spouse who are dependent upon you for support and

28 |          indicate how much you contribute toward their support. (NOTE: For minor children,

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 2 -

list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.   Do you own or are you buying a home?        Yes ____ No __✓__

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?                   Yes ____ No __✓__

Make _____ Year _____ Model _____

Is it financed? Yes ____ No _____ If so, Total due: $_____

Monthly Payment: $_____

7.   Do you have a bank account? Yes ____ No __✓__ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ____ No __✓__ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No __✓__

_____

8.   What are your monthly expenses?

Rent: $ _404.00_____ Utilities: _____

Food: $ _150.00_____ Clothing: _200.00_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____ NONE _____

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/28/08                                            *[signature]*
DATE                                               SIGNATURE OF APPLICANT

APP. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 4 -