1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    ROBERT C. BARKINS, SR.,                          No. C 08-03472 WHA

11              Plaintiff,

12        v.                                           **ORDER DISMISSING ACTION**
                                                       **WITH PREJUDICE AND**
13    SAN PABLO ASSOCIATES, L.P.,                      **DENYING IN FORMA PAUPERIS**
                                                       **APPLICATION**
14              Defendant.

15    _____/

16          On July 23, 2008, an order denied plaintiff's application to proceed in forma pauperis

17    and dismissed his complaint because it was incomprehensible.  The order found the lack of any

18    cognizable legal theory or factual basis supporting a claim upon which relief could be granted.

19    Plaintiff was then given leave to amend.

20          Plaintiff then filed an amended complaint and another in forma pauperis application.

21    Now, instead of suing Oakland law enforcement officials, he filed suit against San Pablo

22    Associates, L.P.  His amended complaint stated, in its entirety (Dkt. No. 6);

23              I [illegible] a check out for rent 6/15/08 for 404.00.  The check was
                not paid by US Bank.  I have a claim on my for fraud [sic] acct for
24              fraud money went in but no check paid.  A deposit made for
                $701.000 [sic] 6/3/08 and 6/19/08 for $211.48.  I mail a check out
25              to San Pablo Apt for rent for 404.00.  The check didn't US Bank
                didn't pay the check.  I went to the manger [sic] on 6/20/08 with 2
26              money order he's said he talk to the attorney manger [sic] file a
                suit.  Tenat [sic] in 318A told the manger [sic] were was [sic] he
27              call the police and I went to jail for 3 1/2 days.  Ann wil told me
                that FBI was looking me.  Race & Religion & Disability.  I call the
28              FBI and talk a [sic] duty agent.  I went to the FBI and file
                complaint on the man at San Pablo Apt and the 2 offier [sic] that

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1    that Monday at 180 W. Grant St.  I talk to the duty she said will
     give me to investigative [sic].

2          A district court can dismiss the case at any time if it determines that the action is

3    frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary

4    relief against a defendant who is immune from such relief.  28 U.S.C. 1915(e)(2)(B).  In the

5    instant action plaintiff's amended complaint again does not present any coherent legal or factual

6    basis for a claim for relief.  Moreover, plaintiff was already given an opportunity to amend his

7    complaint to present some cognizable claim.  Again, neither his original nor amended complaint

8    did so.  Accordingly, plaintiff's amended complaint is **DISMISSED WITH PREJUDICE**, and his

9    second application to proceed in forma pauperis is **DENIED**.

10

11          **IT IS SO ORDERED.**

12

13

14   Dated:  August 4, 2008.

                                        _____
                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


ROBERT C. BARKINS, SR.,

          Plaintiff,

  v.

CATHERINE A. MERSCHEL, ET AL. et al,

          Defendant.

_____/

Case Number: CV08-03472 WHA

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Robert C. Barkins
955 San Pablo Ave., Apt. 504B
Oakland, CA 94612

Dated: August 5, 2008

Richard W. Wieking, Clerk
By: Frank Justiliano, Deputy Clerk