IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. BARKINS, SR., | No. C 08-03472 WHA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SAN PABLO ASSOCIATES, L.P., | |
| Defendant. | |

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: August 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. BARKINS, SR., | Case Number: CV08-03472 WHA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CATHERINE A. MERSCHEL, ET AL. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert C. Barkins
955 San Pablo Ave., Apt. 504B
Oakland, CA 94612

Dated: August 5, 2008

Richard W. Wieking, Clerk
By: Frank Justiliano, Deputy Clerk